**Opinion issued December 12, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00754-CV

———————————

**STEVE WASHINGTON, Appellant**

**V.**

**STR ARLINGTON, LLC, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Tarrant County, Texas[1]**
**Trial Court Case No. 2023-001785-1**

---

[1]    Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this Court. *See* Misc. Docket No. 23–9079 (Tex. Sept. 26, 2023); *see also* TEX. GOV'T CODE ANN. § 73.001 (authorizing transfer of cases); TEX. R. APP. P. 41.3.

**MEMORANDUM OPINION**

Appellant, Steve Washington, appearing pro se, filed a notice of appeal from the trial court's August 17, 2023 final judgment. Appellee, STR Arlington, LLC, filed a motion to dismiss the appeal for want of prosecution, asserting that appellant had failed to pay or make arrangements to pay the fee for the preparation of the clerk's record.

We grant appellee's motion and dismiss the appeal for want of prosecution.

Appellant has neither established indigence for purposes of costs nor paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20.1(a), 37.3(b). On October 17, 2023, appellant was notified that this appeal was subject to dismissal if he did not submit written evidence that he had paid or made arrangements to pay the fee for the preparation of the clerk's record by November 16, 2023. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). Appellant did not adequately respond to the Court's notice.

On November 22, 2023, appellee filed its motion to dismiss the appeal. In the motion, appellee notes that appellant had not responded to the Clerk of this Court's October 17, 2023 notice and "[p]ayment for the clerk's record ha[d] not been made nor arranged." Further, more than ten days have passed since appellee's motion to dismiss was filed, and appellant has not responded. *See* TEX. R. APP. P. 10.3(a).

2

Accordingly, we grant appellee's motion and dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c), 43.2(f).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justice Kelly, Hightower, and Guerra.